IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO.: 17-00091-KD-B |
| ROBBIE LYNN PIERCE | : | |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 25) and without any objection having been filed by the parties, the Defendant's plea of guilty to Count One of the Indictment is now accepted and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **October 6, 2017 at 1:30 p.m.** in Courtroom 5A of the United States Courthouse, 113 St. Joseph St., Mobile, Alabama 36602.

**DONE and ORDERED** this the 5th day of September 2017.

s/Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE